the Hon. John H. Marshall, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

A. C. & B. F. Anderson, for plaintiffs in error. Charles Wallace and Charles C. Lee, for defendant in error.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Joseph T. Delfosse, appellant, v. Mary A. Whalen, administratrix of the estate of A. M. Applegate, deceased, appellee.**

Suit against administratrix on a promissory note signed by intestate as surety. Judgment for defendant. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

George L. Schein and Louis T. Graham, for appellant; Francis L. Brinkman and Ernest Schein, of counsel. W. E. Williams and A. Clay Williams, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**J. F. Hare, coroner, for use of L. J. West, plaintiff in error, v. Clifford Arrowsmith et al., defendants in error.**

Action in debt on a replevin bond. Judgment for defendants. Error to the Circuit Court of McLean county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the October term, 1920. Reversed with finding of facts and judgment here. Opinion filed April 19, 1921.

A. E. and R. C. DeMange, for plaintiff in error. Livingston & Whitmore, for defendants in error.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Flora M. Nelson, appellee, v. Richard Elmér Nelson, appellant.**

Suit for separate maintenance. Appeal by defendant from an order allowing attorneys' fees. Appeal from the Circuit Court of Hancock county; the Hon. Robert J. Grier, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

Williams & Williams and Mack & Mack, for appellant. O'Harras, Wood & Walker, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Addie M. Tobias, appellee, v. Illinois Central Railroad Company, appellant.**

Action for balance due for services in preparing a bill of exceptions. Verdict and judgment in favor of plaintiff in circuit court on appeal from justice's court. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

H. L. Jones and Oris Barth, for appellant; John G. Drennan, of counsel. Dobbins & Dobbins, for appellee.